TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00107-CV

In re HCRA of Texas, Inc., d/b/a Heartland Health Care Center-Austin

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

 Relator HCRA of Texas, Inc., d/b/a Heartland Health Care Center-Austin petitions
this Court for a writ of mandamus. Relator also moves for emergency relief. See Tex. R. App.
P. 52.10. We overrule the motion for emergency relief. We deny the petition for writ of
mandamus. See id. 52.8(a).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Filed March 9, 2001

Do Not Publish